159 A.3d 890

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. MITCHELL WEST, DEFENDANT–PETITIONER.

February 1, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001444–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.